**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **High Sources, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4655442** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1502 Hobbs Street, Stes. 105 and 106 Tampa, FL 33619** <br> Number, Street, City, State & ZIP Code | **13194 US Highway 301 South Riverview, FL 33578** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Hillsborough** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   **https://highsourcesinc.com/**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **High Sources, Inc.**                                        Case number (*if known*) _____
           Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | **High Sources, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11.** **Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **High Sources, Inc.**                                    Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 30, 2025**
               MM / DD / YYYY

X **/s/ Maximo Chanlatte**                          **Maximo Chanlatte**
Signature of authorized representative of debtor    Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Buddy D. Ford, Esquire**          Date **May 30, 2025**
Signature of attorney for debtor               MM / DD / YYYY

**Buddy D. Ford, Esquire 0654711**
Printed name

**Ford & Semach, P.A.**
Firm name

**9301 West Hillsborough Avenue**
**Tampa, FL 33615-3008**
Number, Street, City, State & ZIP Code

Contact phone   **(813)877-4669**     Email address   **All@tampaesq.com**

**0654711 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **High Sources, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 30, 2025**          *X* **/s/ Maximo Chanlatte**
                                        Signature of individual signing on behalf of debtor

                                        **Maximo Chanlatte**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **High Sources, Inc.** |
|---|---|
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **INBANK 6380 S. Fiddlers Green Cir. Suite 108A Englewood, CO 80111** | | **90 days or less: Accounts Receivables** | | $3,000,000.00 | $506,373.38 | $2,890,626.68 |
| **WebBank c/o Libertas Funding 411 West Putnam Avenue Ste. 220 Greenwich, CT 06830** | | **90 days or less: Accounts Receivables** | | $1,120,000.00 | $506,373.38 | $1,120,000.00 |
| **Newtek Small Business Finance, LLC 1981 Marcus Ave., Ste. 130 New Hyde Park, NY 11042** | | **90 days or less: Accounts Receivables** | | $1,100,000.00 | $506,373.38 | $1,100,000.00 |
| **Unique Funding Solutions 4600 Sheridan Street Ste. 301A Hollywood, FL 33021** | | **90 days or less: Accounts Receivables** | | $264,000.00 | $506,373.38 | $264,000.00 |
| **Liberty Funding Solutions 6501 Congress Ave. Suite 140 Boca Raton, FL 33487** | | **90 days or less: Accounts Receivables** | | $213,000.00 | $506,373.38 | $213,000.00 |
| **Overton Funding, LLC 2802 N. 29th Ave. Hollywood, FL 33020** | | **90 days or less: Accounts Receivables** | | $207,000.00 | $506,373.38 | $207,000.00 |

| Debtor | **High Sources, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Sinclair Funding Group 1100 Coney Island Ave. Brooklyn, NY 11230-2342** | | **90 days or less: Accounts Receivables** | | **$203,000.00** | **$506,373.38** | **$203,000.00** |
| **Fox Funding Group 803 S. 21st Ave. Hollywood, FL 33020** | | **90 days or less: Accounts Receivables** | | **$198,000.00** | **$506,373.38** | **$198,000.00** |
| **Static Advance, Inc. 17 State Street Suite 4000 New York, NY 10004** | | **Business Debt** | | | | **$149,900.00** |
| **Funding Futures, LLC 3100 Stirling Rd. Hollywood, FL 33021** | | **90 days or less: Accounts Receivables** | | **$149,000.00** | **$506,373.38** | **$149,000.00** |
| **Alternatice Funding Group 2941 NW 62nd Street Suite 201 Fort Lauderdale, FL 33309** | | **Business Debt** | | | | **$139,000.00** |
| **Quickbooks Capital P. O. Box 842978 Dallas, TX 75284-2978** | | **Business Debt** | | | | **$120,000.00** |
| **KapFi Equity One Battery Park Plaza New York, NY 10004** | | **90 days or less: Accounts Receivables** | | **$119,920.00** | **$506,373.38** | **$119,920.00** |
| **Business Capital Providers 2501 Hollywood Blvd. Suite 210 Hollywood, FL 33020** | | **90 days or less: Accounts Receivables** | | **$102,130.00** | **$506,373.38** | **$102,130.00** |
| **Forever Funding, LLC 2389 Main Street Ste. 100 Glastonbury, CT 06033** | | **90 days or less: Accounts Receivables** | | **$89,940.00** | **$506,373.38** | **$89,940.00** |
| **Home Depot Credit Services P. O. Box 70614 Philadelphia, PA 19176** | | **Business Debt** | | | | **$81,049.64** |

Debtor   **High Sources, Inc.**
Name
   Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Putnam Leasing 500 West Putnam Ave. Greenwich, CT 06830** | | **Repossessed 2020 McLaren 720s Spider Performance** | | | | **$80,000.00** |
| **Multi Task 26055 Emery Road, Unit A Cleveland, OH 44128** | | **Business Debt** | | | | **$70,697.68** |
| **Freedom Services - CA 20494 Rock Springs Rd. Apple Valley, CA 92308** | | **Business Debt** | | | | **$67,510.00** |
| **Five star advance, LLC (sic) a/k/a FSA Capital, LLC 3636 Main Street Flushing, NY 11354** | | **90 days or less: Accounts Receivables** | | **$67,500.00** | **$506,373.38** | **$67,500.00** |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

Debtor name      **High Sources, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

---

**Part 1:     Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.............................................................................    $ _____0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..........................................................................    $ _____1,110,080.61

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...........................................................................    $ _____1,110,080.61

---

**Part 2:     Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____7,507,068.99

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $ _____50,809.74

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____1,590,790.94

4.   **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b

    $ _____9,148,669.67

**Fill in this information to identify the case:**

Debtor name    **High Sources, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Business checking** | **1536** | **$8.52** |
| 3.2. | **Chase Bank** | **Business checking** | **5872** | **$689.10** |
| 3.3. | **Chase Bank** | **Business checking** | **6389** | **$75,013.26** |
| 3.4. | **Navy Federal Credit Union** | **Business checking** | **0549** | **$158.75** |
| 3.5. | **TD Bank** | **Business checking** | **5175** | **$1,070.55** |
| 3.6. | **Chase Bank** | **Business savings** | **0550** | **$10.00** |

4.  **Other cash equivalents** *(Identify all)*

Debtor    **High Sources, Inc.**                                    Case number *(if known)* _____
          <sub>Name</sub>

5.    **Total of Part 1.**                                                              | **$76,950.18** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.    **$4,895.26 security deposit for leased property Located at 13194 US Highway 301 South, Riverview, FL 33578**                                              | **$4,895.26** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                              | **$4,895.26** |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **520,956.25**    -    **14,582.87**    =....    | **$506,373.38** |
                            <sub>face amount</sub>         <sub>doubtful or uncollectible accounts</sub>

11b. Over 90 days old:    **1,569,442.21**    -    **1,189,575.42**    =....    | **$379,866.79** |
                         <sub>face amount</sub>         <sub>doubtful or uncollectible accounts</sub>

12.    **Total of Part 3.**                                                              | **$886,240.17** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Debtor   **High Sources, Inc.**                                    Case number *(If known)* _____
        <sub>Name</sub>

☐ Yes Fill in the information below.

<table>
<tr><td>Part 7:</td><td colspan="3">Office furniture, fixtures, and equipment; and collectibles</td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **(3) Office Desks; (3) Office Chairs and File cabinet** | **$0.00** | | **$480.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Desktop Computer and Printer** | **$0.00** | | **$445.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | **$925.00** |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td>Part 8:</td><td colspan="3">Machinery, equipment, and vehicles</td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2023 Ford F150** **VIN# 1FTEW1CP9PKD04428** | **$0.00** | | **$25,678.00** |
| 47.2. **2023 Ford F150** **VIN # 1FTMF1CP9PKD04487** | **$0.00** | | **$19,513.00** |

Debtor    **High Sources, Inc.**                                   Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| 47.3. | **2022 Ford F250**<br>**VIN # 1FT8W2BT2NEC38592** | $0.00 | $48,318.00 |
| 47.4. | **2021 Ford Escape**<br>**VIN # 1FMCU0F62MUB00351** | $0.00 | $8,741.00 |
| 47.5. | **2018 Kbar Trailer**<br>**Vin # 4KI PT4CI3JK007122** | $0.00 | $6,500.00 |
| 47.6. | **2018 Arni Trailer**<br>**VIN # 5YCBE121BJH051508** | $0.00 | $3,200.00 |
| 47.7. | **2022 Fivestar Trailer**<br>**VIN # 7HDBD1028NF004785** | $0.00 | $11,250.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**
       **(103) Mop Buckets; (75) Vacuums; (3) Side by
       Side Floor Machines; (2) Auto Scrubbers; (55)
       Brute Trash Cans; (6) Tilt Trucks; (2) High
       Speed Floor Buffers; Miscellaneous Cleaning
       Items; and (200) Floor Signs**                        $0.00                    $17,870.00

51.    **Total of Part 8.**                                                    | $141,070.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor    **High Sources, Inc.**                                    Case number *(If known)* _____
          Name

available.

| | | | | |
|---|---|---|---|---|
| 55.1. | **Leased Property Located at 1502 Hobbs Street, Stes. 105 and 106,. Tampa,Florida 33619** | | **$0.00** | **Unknown** |

| | | |
|---|---|---|
| 56. | **Total of Part 9.** | **$0.00** |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** https://highsourcesinc.com/ | **$0.00** | | **Unknown** |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

| | | |
|---|---|---|
| 66. | **Total of Part 10.** | **$0.00** |
| | Add lines 60 through 65. Copy the total to line 89. | |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

Debtor   **High Sources, Inc.**
         Name

Case number *(If known)* _____

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **High Sources, Inc.**
_____
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $76,950.18 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,895.26 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $886,240.17 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $925.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $141,070.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,110,080.61 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,110,080.61 |

**Fill in this information to identify the case:**

Debtor name    **High Sources, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Alpha Equity Fund, LLC** | | |
|---|---|---|---|

Creditor's Name

**5309 13th Ave.**
**Brooklyn, NY 11219**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**90 days or less: Accounts Receivables**

**Describe the lien**
**UCC-1 #202501355073**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$108,500.00**    Value of collateral: **$2,961,380.06**

| 2.2 | **Business Capital Providers** | | |
|---|---|---|---|

Creditor's Name
**2501 Hollywood Blvd.**
**Suite 210**
**Hollywood, FL 33020**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**90 days or less: Accounts Receivables**

**Describe the lien**
**Unperfected security interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$102,130.00**    Value of collateral: **$506,373.38**

Debtor    **High Sources, Inc.**    Case number *(if known)* _____
　　　　　Name

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. CT Corporation System**
**2. CT Corporation System**
**3. CT Corporation System**
**4. CT Corporation System**
**5. CT Corporation System**
**6. Channel Partners Capital**
**LLC**
**7. CT Corporation System**
**8. Corporation Service**
**Company**
**9. Corporation Service**
**Company**
**10. DMKA, LLC**
**11. First Business**
**12. First Corporate**
**Solutions**
**13. G and G Fundi**

---

| 2.3 | **Channel Partners Capital LLC** | | |
|---|---|---|---|

Creditor's Name

**10900 Wayzata Blvd.**
**Ste. 300**
**Minnetonka, MN 55305**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

**1. CT Corporation System**
**2. CT Corporation System**
**3. CT Corporation System**
**4. CT Corporation System**
**5. CT Corporation System**
**6. Channel Partners Capital**
**LLC**
**7. CT Corporation System**
**8. Corporation Service**
**Company**
**9. Corporation Service**
**Company**
**10. DMKA, LLC**
**11. First Business**
**12. First Corporate**
**Solutions**
**13. G and G Fundi**

**Describe debtor's property that is subject to a lien**
**90 days or less: Accounts Receivables**

**Describe the lien**
**UCC-1 #202402913663**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$281,000.06　　　$506,373.38

---

Official Form 206D　　　Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**　　　page 2 of 17

Debtor    **High Sources, Inc.**                                            Case number (if known) _____
_____
Name

| 2.4 | **Corporation Service Company** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$506,373.38** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**90 days or less: Accounts Receivables**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**Describe the lien**
**UCC-1 #202201364370**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Corporation Service Company** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$506,373.38** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**90 days or less: Accounts Receivables**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**Describe the lien**
**UCC-1 #202302442385**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **CT Corporation System** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$506,373.38** |
|---|---|---|---|---|

Creditor's Name

**330 N Brand Blvd., Ste 700**
**ATTN SPRS**
**Glendale, CA 91203**
Creditor's mailing address

**90 days or less: Accounts Receivables**

Creditor's email address, if known

**Date debt was incurred**

**Describe the lien**
**UCC-1 #20250023700X**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor    **High Sources, Inc.**                                    Case number *(if known)* _____
          Name

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.3** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | **CT Corporation System** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$506,373.38** |
|---|---|---|---|---|

Creditor's Name

**330 N Brand Blvd., Ste 700
ATTN SPRS
Glendale, CA 91203**
Creditor's mailing address

**Describe debtor's property that is subject to a lien
90 days or less: Accounts Receivables**

**Describe the lien
UCC-1 #202500712514**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.3** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **CT Corporation System** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$506,373.38** |
|---|---|---|---|---|

Creditor's Name

**330 N Brand Blvd., Ste 700
ATTN SPRS
Glendale, CA 91203**
Creditor's mailing address

**Describe debtor's property that is subject to a lien
90 days or less: Accounts Receivables**

**Describe the lien
UCC-1 #202500711992**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.3** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **CT Corporation System** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$506,373.38** |
|---|---|---|---|---|

Creditor's Name

**330 N Brand Blvd., Ste 700
ATTN SPRS
Glendale, CA 91203**

**Describe debtor's property that is subject to a lien
90 days or less: Accounts Receivables**

---

Debtor     **High Sources, Inc.**                                          Case number (if known) _____
          Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**UCC-1 #202501006559** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.3** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1 0 | **CT Corporation System**<br>Creditor's Name<br>**330 N Brand Blvd., Ste 700**<br>**ATTN SPRS**<br>**Glendale, CA 91203**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**90 days or less: Accounts Receivables** | **Unknown** | **$506,373.38** |
|---|---|---|---|---|

| | |
|---|---|
| | **Describe the lien**<br>**UCC-1 #202501107045** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.3** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1 1 | **CT Corporation System**<br>Creditor's Name<br>**330 N Brand Blvd., Ste 700**<br>**ATTN SPRS**<br>**Glendale, CA 91203**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**90 days or less: Accounts Receivables** | **Unknown** | **$506,373.38** |
|---|---|---|---|---|

| | |
|---|---|
| | **Describe the lien**<br>**UCC-1 #202203360822** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

---

Debtor   **High Sources, Inc.**                                   Case number (*if known*) _____
_____
Name

☐ No                          ☐ Contingent
■ Yes. Specify each creditor,  ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.
**Specified on line 2.3**

---

| 2.1 2 | **DMKA, LLC** | Describe debtor's property that is subject to a lien | Unknown | $506,373.38 |

Creditor's Name
**345 7th Ave.**             Describe debtor's property that is subject to a lien
**Suite 801**               **90 days or less: Accounts Receivables**
**New York, NY 10001**
Creditor's mailing address

                              Describe the lien
                              **UCC-1 #202302950604**
                              **Is the creditor an insider or related party?**
Creditor's email address, if known  ■ No
                              ☐ Yes
**Date debt was incurred**    **Is anyone else liable on this claim?**
                              ☐ No
**Last 4 digits of account number**  ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**  **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply
☐ No                          ☐ Contingent
■ Yes. Specify each creditor,  ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.
**Specified on line 2.3**

---

| 2.1 3 | **First Business** | Describe debtor's property that is subject to a lien | Unknown | $506,373.38 |

Creditor's Name
**Specialty Finance, LLC**    Describe debtor's property that is subject to a lien
**2400 East Devon Ave.**      **90 days or less: Accounts Receivables**
**Des Plaines, IL 60018**
Creditor's mailing address

                              Describe the lien
                              **UCC-1 #202400709414**
                              **Is the creditor an insider or related party?**
Creditor's email address, if known  ■ No
                              ☐ Yes
**Date debt was incurred**    **Is anyone else liable on this claim?**
                              ☐ No
**Last 4 digits of account number**  ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**  **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply
☐ No                          ☐ Contingent
■ Yes. Specify each creditor,  ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.
**Specified on line 2.3**

---

| 2.1 4 | **First Citizens Bank** | Describe debtor's property that is subject to a lien | $4,819.05 | $11,250.00 |

Creditor's Name
                              **2022 Fivestar Trailer**
**155 Commerce Way**          **VIN # 7HDBD1028NF004785**
**Portsmouth, NH 03801**
Creditor's mailing address     Describe the lien

---

Debtor    **High Sources, Inc.**                                                    Case number *(if known)* _____
                 Name

**Equipment Finance Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known       ■ No
                                          ☐ Yes

**Date debt was incurred**                **Is anyone else liable on this claim?**
                                          ☐ No

**Last 4 digits of account number**       ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**7772**

**Do multiple creditors have an           **As of the petition filing date, the claim is:**
interest in the same property?**          Check all that apply
■ No                                      ☐ Contingent
☐ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.1 5 | **First Corporate Solutions** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$506,373.38** |
|---|---|---|---|---|

**Creditor's Name**

**90 days or less: Accounts Receivables**

**914 S Street**
**Sacramento, CA 95811**

Creditor's mailing address                **Describe the lien**
                                          **UCC1 #202201448434**

                                          **Is the creditor an insider or related party?**
                                          ■ No
Creditor's email address, if known        ☐ Yes

**Date debt was incurred**                **Is anyone else liable on this claim?**
                                          ☐ No

**Last 4 digits of account number**       ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an           **As of the petition filing date, the claim is:**
interest in the same property?**          Check all that apply
☐ No                                      ☐ Contingent
■ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.
**Specified on line 2.3**

---

| 2.1 6 | **Five star advance, LLC (sic)** | **Describe debtor's property that is subject to a lien** | **$67,500.00** | **$506,373.38** |
|---|---|---|---|---|

**Creditor's Name**

**90 days or less: Accounts Receivables**

**a/k/a FSA Capital, LLC**
**3636 Main Street**
**Flushing, NY 11354**

Creditor's mailing address                **Describe the lien**
                                          **Unperfected security interest**

                                          **Is the creditor an insider or related party?**
                                          ■ No
Creditor's email address, if known        ☐ Yes

**Date debt was incurred**                **Is anyone else liable on this claim?**
                                          ☐ No

**Last 4 digits of account number**       ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an           **As of the petition filing date, the claim is:**
interest in the same property?**          Check all that apply

---

Debtor **High Sources, Inc.**
_____
Name

Case number (if known) _____

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.3**
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $15,451.44 | $8,741.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box # 650575**
**Dallas, TX 75265**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7513**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2021 Ford Escape**
**VIN # 1FMCU0F62MUB00351**

Describe the lien
**Automobile Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $74,469.75 | $48,318.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box # 650575**
**Dallas, TX 75265**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9201**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2022 Ford F250**
**VIN # 1FT8W2BT2NEC38592**

Describe the lien
**Automobile Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $32,526.96 | $19,513.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box # 650575**
**Dallas, TX 75265**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2023 Ford F150**
**VIN # 1FTMF1CP9PKD04487**

Describe the lien
**Automobile Lien**

---

Debtor  **High Sources, Inc.**                                    Case number (if known) _____
        _____
        Name

---

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**
**5137**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | **Ford Motor Credit** | **Describe debtor's property that is subject to a lien** | $40,811.73 | $25,678.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box # 650575**
**Dallas, TX 75265**
Creditor's mailing address

**2023 Ford F150**
**VIN# 1FTEW1CP9PKD04428**

**Describe the lien**
**Automobile Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**
**6965**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.21 | **Forever Funding, LLC** | **Describe debtor's property that is subject to a lien** | $89,940.00 | $506,373.38 |
|---|---|---|---|---|

Creditor's Name

**2389 Main Street**
**Ste. 100**
**Glastonbury, CT 06033**
Creditor's mailing address

**90 days or less: Accounts Receivables**

**Describe the lien**
**Unperfected security interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **High Sources, Inc.**                                    Case number (if known) _____
          Name

- [ ] No
- [x] **Yes. Specify each creditor, including this creditor and its relative priority.**
  **Specified on line 2.3**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.2.2 | **Fox Funding Group** | | $198,000.00 | $506,373.38 |

Creditor's Name

**803 S. 21st Ave.**
**Hollywood, FL 33020**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**90 days or less: Accounts Receivables**

**Describe the lien**
**Unperfected security interest**
**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes
**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.2.3 | **Funding Futures, LLC** | | $149,000.00 | $506,373.38 |

Creditor's Name

**3100 Stirling Rd.**
**Hollywood, FL 33021**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**90 days or less: Accounts Receivables**

**Describe the lien**
**Unperfected security interest**
**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes
**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.2.4 | **G and G Funding Group LLC** | | $116,000.00 | $506,373.38 |

Creditor's Name

**57 W. 57th Street**
**Floor 4**
**New York, NY 10019**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**90 days or less: Accounts Receivables**

**Describe the lien**
**UCC-1 #202501197370**

---

Debtor    **High Sources, Inc.**                                    Case number (if known) _____
       Name

_____    **Is the creditor an insider or related party?**
Creditor's email address, if known    ☑ No
      ☐ Yes
      **Is anyone else liable on this claim?**
**Date debt was incurred**    ☐ No
      ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
☐ No    ☐ Contingent
☑ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.
**Specified on line 2.3**

---

| 2.2 5 | **INBANK** | Describe debtor's property that is subject to a lien | $3,000,000.00 | $506,373.38 |
|---|---|---|---|---|

   Creditor's Name    **90 days or less: Accounts Receivables**

**6380 S. Fiddlers Green Cir.**
**Suite 108A**
**Englewood, CO 80111**
Creditor's mailing address    **Describe the lien**
      **UCC-1 #202400602539 & 202400602512**
      **Is the creditor an insider or related party?**
_____    ☑ No
Creditor's email address, if known    ☐ Yes
      **Is anyone else liable on this claim?**
**Date debt was incurred**    ☐ No
      ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
☐ No    ☐ Contingent
☑ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.
**Specified on line 2.3**

---

| 2.2 6 | **KapFi Equity** | Describe debtor's property that is subject to a lien | $119,920.00 | $506,373.38 |
|---|---|---|---|---|

   Creditor's Name    **90 days or less: Accounts Receivables**

**One Battery Park Plaza**
**New York, NY 10004**
Creditor's mailing address    **Describe the lien**

      **Is the creditor an insider or related party?**
_____    ☑ No
Creditor's email address, if known    ☐ Yes
      **Is anyone else liable on this claim?**
**Date debt was incurred**    ☐ No
**05/02/2025**    ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply

| Debtor | High Sources, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.3**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Liberty Funding Solutions** | Describe debtor's property that is subject to a lien | $213,000.00 | $506,373.38 |
|---|---|---|---|---|

Creditor's Name

**6501 Congress Ave.
Suite 140
Boca Raton, FL 33487**

Creditor's mailing address

**90 days or less: Accounts Receivables**

**Describe the lien**
**Unperfected security interest**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **Newtek Small** | Describe debtor's property that is subject to a lien | $1,100,000.00 | $506,373.38 |
|---|---|---|---|---|

Creditor's Name

**Business Finance, LLC
1981 Marcus Ave., Ste. 130
New Hyde Park, NY 11042**

Creditor's mailing address

**90 days or less: Accounts Receivables**

**Describe the lien**
**UCC-1 #202300066942**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 9 | **Overton Funding, LLC** | Describe debtor's property that is subject to a lien | $207,000.00 | $506,373.38 |
|---|---|---|---|---|

Creditor's Name

**2802 N. 29th Ave.
Hollywood, FL 33020**

Creditor's mailing address

**90 days or less: Accounts Receivables**

**Describe the lien**

---

Debtor    **High Sources, Inc.**                                    Case number (if known) _____
_____
Name

|  | **Is the creditor an insider or related party?** |
|---|---|
| Creditor's email address, if known | ■ No |
|  | ☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| **03/20/2025** | ☐ No |
| **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.3** | ☐ Disputed |

---

| 2.3 0 | **PDM Capital, LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$506,373.38** |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **90 days or less: Accounts Receivables** |
| **2433 Knapp Street** | |
| **Brooklyn, NY 11235** | |
| Creditor's mailing address | **Describe the lien** |
| | **UCC-1 #202300592269** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| | ☐ No |
| **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.3** | ☐ Disputed |

---

| 2.3 1 | **Secured Lender Solutions** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$506,373.38** |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **90 days or less: Accounts Receivables** |
| **P. O. Box 2576** | |
| **Springfield, IL 62708** | |
| Creditor's mailing address | **Describe the lien** |
| | **UCC-1 #202203347221** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| | ☐ No |
| **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

Debtor **High Sources, Inc.** _____  Case number (if known) _____
Name

- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.3**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3<br>2 | **Sinclair Funding Group** | **Describe debtor's property that is subject to a lien** | $203,000.00 | $506,373.38 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**90 days or less: Accounts Receivables**

**1100 Coney Island Ave.**
**Brooklyn, NY 11230-2342**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/21/2025**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3<br>3 | **TD Bank** | **Describe debtor's property that is subject to a lien** | Unknown | $506,373.38 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**90 days or less: Accounts Receivables**

**1701 Route 70 East**
**Cherry Hill, NJ 08034**

Creditor's mailing address

**Describe the lien**
**UCC-1 #202303306769**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3<br>4 | **U.S. SBA** | **Describe debtor's property that is subject to a lien** | Unknown | $506,373.38 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**90 days or less: Accounts Receivables**

**51 SW 1st Avenue**
**Ste. 201**
**Miami, FL 33130**

Creditor's mailing address

**Describe the lien**
**UCC-1 #202002337797**

---

Debtor  **High Sources, Inc.**                                    Case number (if known) _____
_____
Name

|  | Is the creditor an insider or related party? |
|---|---|
| | ■ No |
| _____ | ☐ Yes |
| Creditor's email address, if known | Is anyone else liable on this claim? |
| | ☐ No |
| **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| | |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.3** | |

---

| 2.3 5 | **U.S. SBA** | Describe debtor's property that is subject to a lien | **Unknown** | **$506,373.38** |
|---|---|---|---|---|

Creditor's Name

**51 SW 1st Avenue
Ste. 201
Miami, FL 33130**
Creditor's mailing address

**90 days or less: Accounts Receivables**

**Describe the lien**
**UCC-1 #202002652188**

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.3** | |

---

| 2.3 6 | **U.S. SBA** | Describe debtor's property that is subject to a lien | **Unknown** | **$506,373.38** |
|---|---|---|---|---|

Creditor's Name

**51 SW 1st Avenue
Ste. 201
Miami, FL 33130**
Creditor's mailing address

**90 days or less: Accounts Receivables**

**Describe the lien**
**UCC-1 #20210811160X**

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is: Check all that apply

Debtor **High Sources, Inc.** _____  Case number (if known) _____

Name

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.37 | **Unique Funding Solutions** | Describe debtor's property that is subject to a lien | $264,000.00 | $506,373.38 |
|---|---|---|---|---|

Creditor's Name

**4600 Sheridan Street
Ste. 301A
Hollywood, FL 33021**
Creditor's mailing address

**90 days or less: Accounts Receivables**

Describe the lien _____

_____

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
03/19/2025**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.38 | **WebBank c/o Libertas Funding** | Describe debtor's property that is subject to a lien | $1,120,000.00 | $506,373.38 |
|---|---|---|---|---|

Creditor's Name

**411 West Putnam Avenue
Ste. 220
Greenwich, CT 06830**
Creditor's mailing address

**90 days or less: Accounts Receivables**

Describe the lien _____

_____

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
1/28/2025**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  | $7,507,068.99 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | **High Sources, Inc.** | Case number (if known) | |
|--------|------------------------|------------------------|---|
| | Name | | |

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|---|---|
| **Pollak Law, LLP** **700 El Camino Real** **Suite 201** **Millbrae, CA 94030** | Line __2.32__ | |

**Fill in this information to identify the case:**

Debtor name    **High Sources, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $50,809.74 | $50,809.74 |
| **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,719.43 |
| **7 Star Floorcare**<br>**1514 Lake Hill Dr**<br>**Kannapolis, NC 28081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
| Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset?  ☑ No  ☐ Yes |  |
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,650.00 |
| **A J & N International LLC**<br>**25214 Four Iron Court**<br>**San Antonio, TX 78260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
| Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset?  ☑ No  ☐ Yes |  |

Debtor   **High Sources, Inc.** _____        Case number (if known) _____
         Name

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |

**ABC Maintenance**
**PO Box 5371**
**Grand Forks, ND 58203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,951.36 |

**Active Cleaning - TX**
**12025 Richmond Ave.**
**Suite 101**
**Houston, TX 77082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,200.00 |

**Adrian/Capital Building Mait**
**PO BOX 6184**
**Metairie, LA 70009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,151.08 |

**All The Right Cleaning**
**NY Khalil**
**813 5th Ave.**
**Troy, NY 12182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139,000.00 |

**Alternatice Funding Group**
**2941 NW 62nd Street**
**Suite 201**
**Fort Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Business Debt**

Last 4 digits of account number  **25HS**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,740.00 |

**Ameri Clean Services NY LLC**
**1242 SW Pine Island Rd.**
**Suite 42-276**
**Cape Coral, FL 33991**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,450.00 |

**AMH Janitorial**
**8839 South I St.**
**Tacoma, WA 98444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **High Sources, Inc.**                                      Case number (if known) _____
         _____
         Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,719.56** |
|------|---|---|---|

**AMPS Cleaning Services LLC**
126 W Franklin St.
Bellbrook, OH 45305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,544.36** |
|------|---|---|---|

**Ascend Cleaning - AR**
17200 Chenal Parkway
Ste 300
Little Rock, AR 72223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,174.12** |
|------|---|---|---|

**Berrios Family Cleaning**
173 Middle St.
Springfield, MA 01104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$51,900.00** |
|------|---|---|---|

**Bill.Com**
6220 America Center Drive
Alviso, CA 95002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,260.00** |
|------|---|---|---|

**Blue Ocean - Rey - ID**
3720 Topeka Ave.
Caldwell, ID 83605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,890.47** |
|------|---|---|---|

**BMS - Ken Acevedo**
1651 S High St.
Deland, FL 32720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|------|---|---|---|

**Bobs Janitorial**
725 NE US 24 Hwy
Topeka, KS 66608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **High Sources, Inc.**                                    Case number (if known) _____
_____
Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**Brite Moon Janitorial**
**2125 E 7400 SO**
**Ogden, UT 84405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,704.16 |
|---|---|---|---|

**Busy Bees N & K Cleaning Ser**
**141 2nd Ave #1B**
**Rensselaer, NY 12144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230.00 |
|---|---|---|---|

**Cheri - Keeping Clean Corp.**
**1243 Filer Ave.**
**Twin Falls, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $570.00 |
|---|---|---|---|

**Clean Rite Janitorial**
**PO BOX 6836**
**Bend, OR 97708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

**Cleaning Done Right LLC**
**2121 125th St.**
**Chippewa Falls, WI 54729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,350.00 |
|---|---|---|---|

**Commercial Extreme Cleaners**
**54333 E County Road 26**
**Strasburg, CO 80136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,805.00 |
|---|---|---|---|

**Conway Professional Service**
**1120 N US 31 HWY**
**Pellston, MI 49769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **High Sources, Inc.**
_____    Case number (if known) _____
           Name

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,880.00** |
|---|---|---|---|

**Crystal Clean Janitorial**
**3886 Muirfield Blvd E**
**Jacksonville, FL 32225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,719.00** |
|---|---|---|---|

**Custom Cleaning**
**P.O. Box 2934**
**Cleveland, GA 30528**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$975.00** |
|---|---|---|---|

**David Kowalchuk Cleaning**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,582.04** |
|---|---|---|---|

**Dealers First Choice**
**and More**
**705 Oakley St.**
**Pea Ridge, AR 72751**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,435.00** |
|---|---|---|---|

**Detail Cleaning**
**2700 N Shore Drive**
**Unit I 10 B**
**Clear Lake, IA 50428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,320.00** |
|---|---|---|---|

**Diego Fernando Mayorga**
**448 W. 13490 S. Apt. 232**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**Dilshod - Big O Cleaning**
**2410 Keystone Drive #312**
**Omaha, NE 68134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Sources, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.31** | **Nonpriority creditor's name and mailing address**
**Dorjan Air Duct Cleaning**
**2758 Pall Mall**
**Sterling Heights, MI 48310**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.32** | **Nonpriority creditor's name and mailing address**
**DV Cleaning Indy**
**11 Municiapl Dr.**
**STE 200**
**Fishers, IN 46038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,571.82**

---

**3.33** | **Nonpriority creditor's name and mailing address**
**Elliots Janitorial**
**1956 Martin Circle**
**Memphis, TN 38106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$17,500.40**

---

**3.34** | **Nonpriority creditor's name and mailing address**
**First Citizens Bank**
**155 Commerce Way**
**Portsmouth, NH 03801**

Date(s) debt was incurred _

Last 4 digits of account number  **1693**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **2018 Kbar Trailer**
**Vin # 4KI PT4Cl3JK007122**

Is the claim subject to offset? ■ No ☐ Yes

**$4,650.00**

---

**3.35** | **Nonpriority creditor's name and mailing address**
**First Citizens Bank**
**155 Commerce Way**
**Portsmouth, NH 03801**

Date(s) debt was incurred _

Last 4 digits of account number  **1354**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$28,278.30**

---

**3.36** | **Nonpriority creditor's name and mailing address**
**First Class Carpet - FL**
**PO BOX 5970**
**Deltona, FL 32728**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,714.34**

---

**3.37** | **Nonpriority creditor's name and mailing address**
**First impressions GA**
**3036 NE Parkway, Suite 100**
**Atlanta, GA 30360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,300.00**

---

Debtor    **High Sources, Inc.**                                     Case number (if known) _____
           Name

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Florida Dept. of Commerce**
**107 E. Madison  Street**
**Tallahassee, FL 32399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67,510.00 |
|---|---|---|---|

**Freedom Services - CA**
**20494 Rock Springs Rd.**
**Apple Valley, CA 92308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Gamero Enterprise LLC**
**111 Grandview Terrace**
**Hartford, CT 06114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,450.40 |
|---|---|---|---|

**Gibe INC - PA**
**755 Kentwood St**
**Suite 202**
**Philadelphia, PA 19116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,600.00 |
|---|---|---|---|

**Godoy Services, LLC**
**4003 Postgate Terrace #204**
**Silver Spring, MD 20906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $575.00 |
|---|---|---|---|

**Golden City Janitoiral**
**1 Ronan St**
**Binghamton, NY 13905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,150.00 |
|---|---|---|---|

**Hale's Window Cleaning**
**1805 Hunt Lane**
**Pleasant View, TN 37146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **High Sources, Inc.**                                        Case number *(if known)* _____
_____
        Name

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Hens Cleaning**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81,049.64** |
|---|---|---|---|

**Home Depot Credit Services**
**P. O. Box 70614**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Home Depot Credit Services**
**P. O. Box 70614**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4624**

Basis for the claim: **Line of Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,548.95** |
|---|---|---|---|

**J&J Janitorial LLC**
**310 W Columbia St.#6**
**Pasco, WA 99301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,571.05** |
|---|---|---|---|

**JK Maintenance**
**60 Corbin Ave #1**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,696.94** |
|---|---|---|---|

**JP Morgan Chase Bank**
**PO Box 182051**
**Columbus, OH 43218-2051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5872**

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,376.07** |
|---|---|---|---|

**JP Morgan Chase/Ink**
**P. O. Box 15123**
**Wilmington, DE 19850-5123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5149**

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **High Sources, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,014.00 |
|---|---|---|---|

**Just Clean**
**1107 E Atchison Ave.**
**Jefferson City, MO 65101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,163.76 |
|---|---|---|---|

**KRC Cleaning Services LLC**
**283 Franklin Blvd Apt# 3A**
**Somerset, NJ 08873**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,137.96 |
|---|---|---|---|

**LFE Cleaning Services LLC**
**175 Willard St**
**Lowell, MA 01850**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Libertas Funding, LLC**
**711 W. Putnam Ave.**
**Suite 220**
**Greenwich, CT 06830**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0976**

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,081.25 |
|---|---|---|---|

**Lineup Cleaning Services**
**1318 S. Finley Rd 3J**
**Lombard, IL 60148**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**LRH NC - EMER**
**2119 Rivergrass Ct.**
**Raleigh, NC 27610**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500.00 |
|---|---|---|---|

**Magic Building Services, Inc**
**219 S Riverside Ave #318**
**Rialto, CA 92376**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **High Sources, Inc.**
_____
Name

Case number *(if known)* _____

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|

**Maintenance Plus**
**311 21st St NW**
**Minot, ND 58701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Make It Right Enterprise Inc**
**2514 Fernbrook Rd.**
**Greensboro, NC 27405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,089.22** |
|---|---|---|---|

**MBIZI CLEANING SERVICES LLC**
**962 Mill Mar Rd.**
**Lancaster, PA 17601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,323.52** |
|---|---|---|---|

**MCMM Maintenance LLC**
**2339 Riverview Drive**
**Eau Claire, WI 54703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,440.00** |
|---|---|---|---|

**Miguels Cleaning**
**1153 NW Fall Ave**
**Beaverton, OR 97006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,950.00** |
|---|---|---|---|

**MK Cleaning Solutions**
**232 Stone Fruit**
**Duncan, SC 29334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,697.68** |
|---|---|---|---|

**Multi Task**
**26055 Emery Road, Unit A**
**Cleveland, OH 44128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **High Sources, Inc.**                                    Case number *(if known)* _____
        _____
        Name

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,392.94** |
|---|---|---|---|

**Navy Federal Credit Union**
**Attn: Bankruptcy**
**Po Box 3500**
**Merrifield, VA 22119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number  **6972**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,520.00** |
|---|---|---|---|

**Oxi Klean**
**177 Clearwater Ave NE**
**Salem, OR 97301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,350.49** |
|---|---|---|---|

**Pacific Standards**
**7000 Atrium Way, STE 7 OFC**
**Mount Laurel, NJ 08054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,176.92** |
|---|---|---|---|

**Phenix Cleaning**
**21 Merrimac Way**
**Tyngsboro, MA 01879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$393.75** |
|---|---|---|---|

**Pinnacle Maintenance LLC**
**PO Box 232**
**Brewerton, NY 13029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,950.00** |
|---|---|---|---|

**PNWLIDU's Janitorial LLC**
**916 N Ella Rd APT 65**
**Spokane, WA 99212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,419.86** |
|---|---|---|---|

**Pro Cleaners of the**
**Black Hills**
**3616 Brookside Dr.**
**Rapid City, SD 57702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **High Sources, Inc.**
_____   Case number (if known) _____
          Name

| | |
|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**Putnam Leasing**<br>**500 West Putnam Ave.**<br>**Greenwich, CT 06830** | As of the petition filing date, the claim is: Check all that apply.   **$80,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Repossessed 2020 McLaren 720s Spider Performance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address**<br>**QUALITY FAST CLEANING SERVIC**<br>**8022 Seminario**<br>**San Antonio, TX 78225** |

As of the petition filing date, the claim is: Check all that apply.   **$2,395.12**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address**<br>**Quickbooks Capital**<br>**P. O. Box 842978**<br>**Dallas, TX 75284-2978** |

As of the petition filing date, the claim is: Check all that apply.   **$58,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address**<br>**Quickbooks Capital**<br>**P. O. Box 842978**<br>**Dallas, TX 75284-2978** |

As of the petition filing date, the claim is: Check all that apply.   **$120,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address**<br>**Reliable Maintenance**<br>**57490 Lyon Center Dr APT 920**<br>**New Hudson, MI 48165** |

As of the petition filing date, the claim is: Check all that apply.   **$6,739.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address**<br>**Rochester Floor Care**<br>**10 Lemon Lane**<br>**Rochester, NY 14606** |

As of the petition filing date, the claim is: Check all that apply.   **$3,899.27**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address**<br>**Ron Coles PA - Selec-Nor Inc**<br>**712 Main St.**<br>**Pittsburgh, PA 15215** |

As of the petition filing date, the claim is: Check all that apply.   **$2,835.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Sources, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.80** | **Nonpriority creditor's name and mailing address**
**RWG Investments, LLC**
**10416 Riverbank Terrace**
**Bradenton, FL 34212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lease arrearages__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.81** | **Nonpriority creditor's name and mailing address**
**Sensational Janitorial Servi**
**PO BOX 13504**
**Las Cruces, NM 88013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$345.00**

---

**3.82** | **Nonpriority creditor's name and mailing address**
**Shine & Brite Cleaning Servi**
**718 Shupps Ln.**
**Plymouth, PA 18651**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,550.00**

---

**3.83** | **Nonpriority creditor's name and mailing address**
**Shine Time Cleaning, LLC**
**175 Aberdine Way**
**Georgetown, KY 40324**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,175.00**

---

**3.84** | **Nonpriority creditor's name and mailing address**
**Shiny Floors**
**PO BOX 10378**
**Fairbanks, AK 99719**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$650.00**

---

**3.85** | **Nonpriority creditor's name and mailing address**
**SLOMEX Inc.**
**9627 Claymount Lane**
**Fishers, IN 46037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$9,535.00**

---

**3.86** | **Nonpriority creditor's name and mailing address**
**Small Jobs Are Us**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

Debtor   **High Sources, Inc.**
_____   Case number (if known) _____
　　　　　　Name

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,760.00** |
|---|---|---|---|

**Southtowns Lawncare & Maint.**
**8425 Randall Place**
**Eden, NY 14057**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Spencer Janitorial**
**832 S Norton St.**
**Corunna, MI 48817**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$149,900.00** |
|---|---|---|---|

**Static Advance, Inc.**
**17 State Street**
**Suite 4000**
**New York, NY 10004**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,380.00** |
|---|---|---|---|

**T & T Cleaning**
**1207 Oriental Ave.**
**Arlington, TX 76011**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,127.27** |
|---|---|---|---|

**TCM- MA**
**PO BOX 281**
**Leominster, MA 01453**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,652.27** |
|---|---|---|---|

**Tom Payton**
**511 West columbia St.**
**Ste. A**
**Flora, IN 46929**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,050.00** |
|---|---|---|---|

**Tony Taylor Janitorial**
**5157 Norma Elaine Rd.**
**West Palm Beach, FL 33417**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **High Sources, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,143.42** |
|---|---|---|---|

**US Bank**
**P. O. Box 790448**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3753**

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**Valley Pro**
**2924 Garfield St, Ste B**
**Two Rivers, WI 54241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,414.70** |
|---|---|---|---|

**Ven's Cleaning Services, LLC**
**2727 Lance Ct.**
**South Bend, IN 46628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,190.53** |
|---|---|---|---|

**Verizon Business**
**P. O. Box 489**
**Newark, NJ 07101-0489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7406**

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$384.52** |
|---|---|---|---|

**Xpress Cleaning**
**3508 Gateway East Blvd**
**El Paso, TX 79905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 50,809.74 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,590,790.94 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ | 1,641,600.68 |

**Fill in this information to identify the case:**

Debtor name  **High Sources, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest **1502 Hobbs Street, Suite 105 & Suite 106 Tampa, FL 33619** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Crawford Family Properties 1502 Hobbs Street Suite 101 Tampa, FL 33619** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest **2020 McLaren 720S Spider Performance** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Putnam Leasing 500 West Putnam Ave. Greenwich, CT 06830** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest **3258 Parkside Center Circle, Tampa, FL 33619** <br><br> State the term remaining <br><br> List the contract number of any government contract | **RWG Investments, LLC 10416 Riverbank Terrace Bradenton, FL 34212** |

**Fill in this information to identify the case:**

Debtor name    **High Sources, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Maximo Chanlatte** | **13194 US Highway 301 South Riverview, FL 33578** | **Alternatice Funding Group** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.2 | **Maximo Chanlatte** | **13194 US Highway 301 South Riverview, FL 33578** | **Business Capital Providers** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Maximo Chanlatte** | **13194 US Highway 301 South Riverview, FL 33578** | **Channel Partners Capital LLC** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Maximo Chanlatte** | **13194 US Highway 301 South Riverview, FL 33578** | **Corporation Service Company** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Maximo Chanlatte** | **13194 US Highway 301 South Riverview, FL 33578** | **Corporation Service Company** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **High Sources, Inc.** | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |

| 2.6 | Maximo Chanlatte | 13194 US Highway 301 South Riverview, FL 33578 | CT Corporation System | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Maximo Chanlatte | 13194 US Highway 301 South Riverview, FL 33578 | CT Corporation System | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Maximo Chanlatte | 13194 US Highway 301 South Riverview, FL 33578 | CT Corporation System | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Maximo Chanlatte | 13194 US Highway 301 South Riverview, FL 33578 | CT Corporation System | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Maximo Chanlatte | 13194 US Highway 301 South Riverview, FL 33578 | CT Corporation System | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Maximo Chanlatte | 13194 US Highway 301 South Riverview, FL 33578 | CT Corporation System | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Maximo Chanlatte | 13194 US Highway 301 South Riverview, FL 33578 | DMKA, LLC | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Maximo Chanlatte | 13194 US Highway 301 South Riverview, FL 33578 | First Business | ■ D __2.13__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **High Sources, Inc.** | Case number *(if known)* | |

___

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.14 | **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **First Citizens Bank** | ☐ D _____ ■ E/F **3.34** ☐ G _____ |
| 2.15 | **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **First Citizens Bank** | ■ D **2.14** ☐ E/F _____ ☐ G _____ |
| 2.16 | **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **First Citizens Bank** | ☐ D _____ ■ E/F **3.35** ☐ G _____ |
| 2.17 | **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **First Corporate Solutions** | ■ D **2.15** ☐ E/F _____ ☐ G _____ |
| 2.18 | **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **Ford Motor Credit** | ■ D **2.17** ☐ E/F _____ ☐ G _____ |
| 2.19 | **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **Ford Motor Credit** | ■ D **2.18** ☐ E/F _____ ☐ G _____ |
| 2.20 | **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **Ford Motor Credit** | ■ D **2.19** ☐ E/F _____ ☐ G _____ |
| 2.21 | **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **Ford Motor Credit** | ■ D **2.20** ☐ E/F _____ ☐ G _____ |

Debtor    **High Sources, Inc.**                          Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **Forever Funding, LLC** | ■ D __2.21__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.23 **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **Fox Funding Group** | ■ D __2.22__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.24 **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **Five star advance, LLC (sic)** | ■ D __2.16__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.25 **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **Funding Futures, LLC** | ■ D __2.23__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.26 **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **G and G Funding Group LLC** | ■ D __2.24__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.27 **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **Home Depot Credit Services** | ☐ D _____ <br> ■ E/F __3.46__ <br> ☐ G _____ |
| 2.28 **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **INBANK** | ■ D __2.25__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.29 **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **Internal Revenue Service** | ☐ D _____ <br> ■ E/F __2.1__ <br> ☐ G _____ |

Debtor    **High Sources, Inc.**_____    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **JP Morgan Chase Bank** | ☐ D \_\_\_\_\_ ■ E/F **3.50** ☐ G \_\_\_\_\_ |
| 2.31 **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **JP Morgan Chase/Ink** | ☐ D \_\_\_\_\_ ■ E/F **3.51** ☐ G \_\_\_\_\_ |
| 2.32 **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **KapFi Equity** | ■ D **2.26** ☐ E/F \_\_\_\_\_ ☐ G \_\_\_\_\_ |
| 2.33 **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **Liberty Funding Solutions** | ■ D **2.27** ☐ E/F \_\_\_\_\_ ☐ G \_\_\_\_\_ |
| 2.34 **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **Navy Federal Credit Union** | ☐ D \_\_\_\_\_ ■ E/F **3.66** ☐ G \_\_\_\_\_ |
| 2.35 **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **Newtek Small** | ■ D **2.28** ☐ E/F \_\_\_\_\_ ☐ G \_\_\_\_\_ |
| 2.36 **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **Overton Funding, LLC** | ■ D **2.29** ☐ E/F \_\_\_\_\_ ☐ G \_\_\_\_\_ |
| 2.37 **Maximo Chanlatte** | 13194 US Highway 301 South Riverview, FL 33578 | **PDM Capital, LLC** | ■ D **2.30** ☐ E/F \_\_\_\_\_ ☐ G \_\_\_\_\_ |

Debtor    **High Sources, Inc.**                              Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                              Column 2: **Creditor**

2.38  **Maximo Chanlatte**   13194 US Highway 301 South Riverview, FL 33578   **Quickbooks Capital**
- ☐ D _____
- ■ E/F __3.75__
- ☐ G _____

2.39  **Maximo Chanlatte**   13194 US Highway 301 South Riverview, FL 33578   **Quickbooks Capital**
- ☐ D _____
- ■ E/F __3.76__
- ☐ G _____

2.40  **Maximo Chanlatte**   13194 US Highway 301 South Riverview, FL 33578   **Secured Lender Solutions**
- ■ D __2.31__
- ☐ E/F _____
- ☐ G _____

2.41  **Maximo Chanlatte**   13194 US Highway 301 South Riverview, FL 33578   **Sinclair Funding Group**
- ■ D __2.32__
- ☐ E/F _____
- ☐ G _____

2.42  **Maximo Chanlatte**   13194 US Highway 301 South Riverview, FL 33578   **Static Advance, Inc.**
- ☐ D _____
- ■ E/F __3.89__
- ☐ G _____

2.43  **Maximo Chanlatte**   13194 US Highway 301 South Riverview, FL 33578   **TD Bank**
- ■ D __2.33__
- ☐ E/F _____
- ☐ G _____

2.44  **Maximo Chanlatte**   13194 US Highway 301 South Riverview, FL 33578   **U.S. SBA**
- ■ D __2.34__
- ☐ E/F _____
- ☐ G _____

2.45  **Maximo Chanlatte**   13194 US Highway 301 South Riverview, FL 33578   **U.S. SBA**
- ■ D __2.35__
- ☐ E/F _____
- ☐ G _____

Debtor   **High Sources, Inc.**_____   Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| 2.46 | **Maximo Chanlatte** | **13194 US Highway 301 South Riverview, FL 33578** | **U.S. SBA** | ■ D __2.36__<br>☐ E/F ____<br>☐ G ____ |

| 2.47 | **Maximo Chanlatte** | **13194 US Highway 301 South Riverview, FL 33578** | **Unique Funding Solutions** | ■ D __2.37__<br>☐ E/F ____<br>☐ G ____ |

| 2.48 | **Maximo Chanlatte** | **13194 US Highway 301 South Riverview, FL 33578** | **US Bank** | ☐ D ____<br>■ E/F __3.94__<br>☐ G ____ |

| 2.49 | **Maximo Chanlatte** | **13194 US Highway 301 South Riverview, FL 33578** | **Verizon Business** | ☐ D ____<br>■ E/F __3.97__<br>☐ G ____ |

| 2.50 | **Maximo Chanlatte** | **13194 US Highway 301 South Riverview, FL 33578** | **WebBank c/o Libertas Funding** | ■ D __2.38__<br>☐ E/F ____<br>☐ G ____ |

| 2.51 | **Maximo Chanlatte** | **13194 US Highway 301 South Riverview, FL 33578** | **Alpha Equity Fund, LLC** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |

| 2.52 | **Maximo Chanlatte** | **13194 US Highway 301 South Riverview, FL 33578** | **RWG Investments, LLC** | ☐ D ____<br>■ E/F __3.80__<br>☐ G ____ |

| 2.53 | **Maximo Chanlatte** | **13194 US Highway 301 South Riverview, FL 33578** | **Putnam Leasing** | ☐ D ____<br>■ E/F __3.73__<br>☐ G ____ |

Debtor    **High Sources, Inc.**_____    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

**Fill in this information to identify the case:**

Debtor name **High Sources, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,216,841.00** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$9,538,512.03** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$6,114,182.40** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **High Sources, Inc.** | Case number *(if known)* |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Putnam Leasing<br>500 West Putnam Ave.<br>Greenwich, CT 06830** | **Leased 2020 McLaren 720S Spider<br>Performance** | **May, 2025** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor  **High Sources, Inc.**                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **2022 Cove Trailer**<br>**VIN # 53FBN1226NF082268** | **None** | **Summer 2024** | **$3,800.00** |
| **2021 SGAC Trailer**<br>**VIN # 54GVC08D8M7051245** | **None** | **Fall 2024** | **$5,000.00** |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ford & Semach, P.A.**<br>**9301 West Hillsborough Avenue**<br>**Tampa, FL 33615-3008** | **Attorney Fees $30,000.00 and Filing Fee $1,738.00** | **May 20, 2025** | **$31,738.00** |
| | Email or website address<br>**All@tampaesq.com** | | | |
| | Who made the payment, if not debtor?<br>**Maximo Chanlatte and Hiday Miralles** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor  **High Sources, Inc.**                                          Case number *(if known)* _____

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

<div style="background:black">

**Part 8:**    **Health Care Bankruptcies**
</div>

15. **Health Care bankrupties**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■  No. Go to Part 9.
    ☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

<div style="background:black">

**Part 9:**    **Personally Identifiable Information**
</div>

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■  No.
    ☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■  No. Go to Part 10.
    ☐  Yes. Does the debtor serve as plan administrator?

<div style="background:black">

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**
</div>

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor     **High Sources, Inc.**                                    Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■  No.
    ☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■  No.
    ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■  No.
    ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **High Sources, Inc.** | Case number *(if known)* | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **James J. Pulkowski, CPA**<br>**11216 Winthrop Main Street**<br>**Riverview, FL 33578** | **????? to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Maximo Chanlatte** | **13194 US Highway 301 South**<br>**Riverview, FL 33578** | **President** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **High Sources, Inc.**                                          Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Maximo Chanlatte**<br>**13194 US Highway 301 South**<br>**Riverview, FL 33578** | **$104,830.00 Salary** | **May, 2024 to Present** | **Salary** |
| **Relationship to debtor**<br>**Principal** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **High Sources, Inc.**                                              Case number *(if known)*

---

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 30, 2025**

**/s/ Maximo Chanlatte**                                    **Maximo Chanlatte**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### Middle District of Florida

In re   **High Sources, Inc.**

Debtor(s)

Case No.

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Maximo Chanlatte<br>13194 US Highway 301 South<br>Riverview, FL 33578** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 30, 2025**

Signature   **/s/ Maximo Chanlatte**

**Maximo Chanlatte**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re   **High Sources, Inc.** _____   Case No. _____

_____ Debtor(s)   Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 30, 2025** _____        **/s/ Maximo Chanlatte** _____

**Maximo Chanlatte**/**President**
Signer/Title

High Sources, Inc.
13194 US Highway 301 South
Riverview, FL 33578

Buddy D. Ford, Esquire
Ford & Semach, P.A.
9301 West Hillsborough Avenue
Tampa, FL 33615-3008

7 Star Floorcare
1514 Lake Hill Dr
Kannapolis, NC 28081

A J & N International LLC
25214 Four Iron Court
San Antonio, TX 78260

ABC Maintenance
PO Box 5371
Grand Forks, ND 58203

Active Cleaning - TX
12025 Richmond Ave.
Suite 101
Houston, TX 77082

Adrian/Capital Building Mait
PO BOX 6184
Metairie, LA 70009

All The Right Cleaning
NY Khalil
813 5th Ave.
Troy, NY 12182

Alpha Equity Fund, LLC
5309 13th Ave.
Brooklyn, NY 11219

Alternatice Funding Group
2941 NW 62nd Street
Suite 201
Fort Lauderdale, FL 33309

Ameri Clean Services NY LLC
1242 SW Pine Island Rd.
Suite 42-276
Cape Coral, FL 33991

AMH Janitorial
8839 South I St.
Tacoma, WA 98444

AMPS Cleaning Services LLC
126 W Franklin St.
Bellbrook, OH 45305

Ascend Cleaning - AR
17200 Chenal Parkway
Ste 300
Little Rock, AR 72223

Berrios Family Cleaning
173 Middle St.
Springfield, MA 01104

Bill.Com
6220 America Center Drive
Alviso, CA 95002

Blue Ocean - Rey - ID
3720 Topeka Ave.
Caldwell, ID 83605

BMS - Ken Acevedo
1651 S High St.
Deland, FL 32720

Bobs Janitorial
725 NE US 24 Hwy
Topeka, KS 66608

Brite Moon Janitorial
2125 E 7400 SO
Ogden, UT 84405

Business Capital Providers
2501 Hollywood Blvd.
Suite 210
Hollywood, FL 33020

Busy Bees N & K Cleaning Ser
141 2nd Ave #1B
Rensselaer, NY 12144

Channel Partners Capital LLC
10900 Wayzata Blvd.
Ste. 300
Minnetonka, MN 55305

Cheri - Keeping Clean Corp.
1243 Filer Ave.
Twin Falls, ID 83301

Clean Rite Janitorial
PO BOX 6836
Bend, OR 97708

Cleaning Done Right LLC
2121 125th St.
Chippewa Falls, WI 54729

Commercial Extreme Cleaners
54333 E County Road 26
Strasburg, CO 80136

Conway Professional Service
1120 N US 31 HWY
Pellston, MI 49769

Corporation Service Company
P.O. Box 2576
Springfield, IL 62708

Crystal Clean Janitorial
3886 Muirfield Blvd E
Jacksonville, FL 32225

CT Corporation System
330 N Brand Blvd., Ste 700
ATTN SPRS
Glendale, CA 91203

Custom Cleaning
P.O. Box 2934
Cleveland, GA 30528

David Kowalchuk Cleaning

Dealers First Choice
and More
705 Oakley St.
Pea Ridge, AR 72751

Detail Cleaning
2700 N Shore Drive
Unit I 10 B
Clear Lake, IA 50428

Diego Fernando Mayorga
448 W. 13490 S. Apt. 232
Draper, UT 84020

Dilshod - Big O Cleaning
2410 Keystone Drive #312
Omaha, NE 68134

DMKA, LLC
345 7th Ave.
Suite 801
New York, NY 10001

Dorjan Air Duct Cleaning
2758 Pall Mall
Sterling Heights, MI 48310

DV Cleaning Indy
11 Municiapl Dr.
 STE 200
Fishers, IN 46038

Elliots Janitorial
1956 Martin Circle
Memphis, TN 38106

First Business
Specialty Finance, LLC
2400 East Devon Ave.
Des Plaines, IL 60018

First Citizens Bank
155 Commerce Way
Portsmouth, NH 03801

First Class Carpet - FL
PO BOX 5970
Deltona, FL 32728

First Corporate Solutions
914 S Street
Sacramento, CA 95811

First impressions GA
3036 NE Parkway, Suite 100
Atlanta, GA 30360

Five star advance, LLC (sic)
a/k/a FSA Capital, LLC
3636 Main Street
Flushing, NY 11354

Florida Dept. of Commerce
107 E. Madison  Street
Tallahassee, FL 32399

Ford Motor Credit
P.O. Box # 650575
Dallas, TX 75265

Forever Funding, LLC
2389 Main Street
Ste. 100
Glastonbury, CT 06033

Fox Funding Group
803 S. 21st Ave.
Hollywood, FL 33020

Freedom Services - CA
20494 Rock Springs Rd.
Apple Valley, CA 92308

Funding Futures, LLC
3100 Stirling Rd.
Hollywood, FL 33021

G and G Funding Group LLC
57 W. 57th Street
Floor 4
New York, NY 10019

Gamero Enterprise LLC
111 Grandview Terrace
Hartford, CT 06114

Gibe INC - PA
755 Kentwood St
Suite 202
Philadelphia, PA 19116

Godoy Services, LLC
4003 Postgate Terrace #204
Silver Spring, MD 20906

Golden City Janitoiral
1 Ronan St
Binghamton, NY 13905

Hale's Window Cleaning
1805 Hunt Lane
Pleasant View, TN 37146

Hens Cleaning

Home Depot Credit Services
P. O. Box 70614
Philadelphia, PA 19176

INBANK
6380 S. Fiddlers Green Cir.
Suite 108A
Englewood, CO 80111

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

J&J Janitorial LLC
310 W Columbia St.#6
Pasco, WA 99301

JK Maintenance
60 Corbin Ave #1
Bay Shore, NY 11706

JP Morgan Chase Bank
PO Box 182051
Columbus, OH 43218-2051

JP Morgan Chase/Ink
P. O. Box 15123
Wilmington, DE 19850-5123

Just Clean
1107 E Atchison Ave.
Jefferson City, MO 65101

KapFi Equity
One Battery Park Plaza
New York, NY 10004

KRC Cleaning Services LLC
283 Franklin Blvd Apt# 3A
Somerset, NJ 08873

LFE Cleaning Services LLC
175 Willard St
Lowell, MA 01850

Libertas Funding, LLC
711 W. Putnam Ave.
Suite 220
Greenwich, CT 06830

Liberty Funding Solutions
6501 Congress Ave.
Suite 140
Boca Raton, FL 33487

Lineup Cleaning Services
1318 S. Finley Rd 3J
Lombard, IL 60148

LRH NC - EMER
2119 Rivergrass Ct.
Raleigh, NC 27610

Magic Building Services, Inc
219 S Riverside Ave #318
Rialto, CA 92376

Maintenance Plus
311 21st St NW
Minot, ND 58701

Make It Right Enterprise Inc
2514 Fernbrook Rd.
Greensboro, NC 27405

MBIZI CLEANING SERVICES LLC
962 Mill Mar Rd.
Lancaster, PA 17601

MCMM Maintenance LLC
2339 Riverview Drive
Eau Claire, WI 54703

Miguels Cleaning
1153 NW Fall Ave
Beaverton, OR 97006

MK Cleaning Solutions
232 Stone Fruit
Duncan, SC 29334

Multi Task
26055 Emery Road, Unit A
Cleveland, OH 44128

Navy Federal Credit Union
Attn: Bankruptcy
Po Box 3500
Merrifield, VA 22119

Newtek Small
Business Finance, LLC
1981 Marcus Ave., Ste. 130
New Hyde Park, NY 11042

Overton Funding, LLC
2802 N. 29th Ave.
Hollywood, FL 33020

Oxi Klean
177 Clearwater Ave NE
Salem, OR 97301

Pacific Standards
7000 Atrium Way, STE 7 OFC
Mount Laurel, NJ 08054

PDM Capital, LLC
2433 Knapp Street
Brooklyn, NY 11235

Phenix Cleaning
21 Merrimac Way
Tyngsboro, MA 01879

Pinnacle Maintenance LLC
PO Box 232
Brewerton, NY 13029

PNWLIDU's Janitorial LLC
916 N Ella Rd APT 65
Spokane, WA 99212

Pollak Law, LLP
700 El Camino Real
Suite 201
Millbrae, CA 94030

Pro Cleaners of the
Black Hills
3616 Brookside Dr.
Rapid City, SD 57702

Putnam Leasing
500 West Putnam Ave.
Greenwich, CT 06830

QUALITY FAST CLEANING SERV
8022 Seminario
San Antonio, TX 78225

Quickbooks Capital
P. O. Box 842978
Dallas, TX 75284-2978

Reliable Maintenance
57490 Lyon Center Dr APT 920
New Hudson, MI 48165

Rochester Floor Care
10 Lemon Lane
Rochester, NY 14606

Ron Coles PA - Selec-Nor Inc
712 Main St.
Pittsburgh, PA 15215

RWG Investments, LLC
10416 Riverbank Terrace
Bradenton, FL 34212

Secured Lender Solutions
P. O. Box 2576
Springfield, IL 62708

Sensational Janitorial Servi
PO BOX 13504
Las Cruces, NM 88013

Shine & Brite Cleaning Servi
718 Shupps Ln.
Plymouth, PA 18651

Shine Time Cleaning, LLC
175 Aberdine Way
Georgetown, KY 40324

Shiny Floors
PO BOX 10378
Fairbanks, AK 99719

Sinclair Funding Group
1100 Coney Island Ave.
Brooklyn, NY 11230-2342

SLOMEX Inc.
9627 Claymount Lane
Fishers, IN 46037

Small Jobs Are Us

Static Advance, Inc.
17 State Street
Suite 4000
New York, NY 10004

TD Bank
1701 Route 70 East
Cherry Hill, NJ 08034

U.S. SBA
51 SW 1st Avenue
Ste. 201
Miami, FL 33130

Valley Pro
2924 Garlfield St, Ste B
Two Rivers, WI 54241

WebBank c/o Libertas Funding
411 West Putnam Avenue
Ste. 220
Greenwich, CT 06830

Southtowns Lawncare & Maint.
8425 Randall Place
Eden, NY 14057

T & T Cleaning
1207 Oriental Ave.
Arlington, TX 76011

Tom Payton
511 West columbia St.
Ste. A
Flora, IN 46929

Unique Funding Solutions
4600 Sheridan Street
Ste. 301A
Hollywood, FL 33021

Ven's Cleaning Services, LLC
2727 Lance Ct.
South Bend, IN 46628

Xpress Cleaning
3508 Gateway East Blvd
El Paso, TX 79905

Spencer Janitorial
832 S Norton St.
Corunna, MI 48817

TCM- MA
PO BOX 281
Leominster, MA 01453

Tony Taylor Janitorial
5157 Norma Elaine Rd.
West Palm Beach, FL 33417

US Bank
P. O. Box 790448
Saint Louis, MO 63179

Verizon Business
P. O. Box 489
Newark, NJ 07101-0489

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re    **High Sources, Inc.**                                   Case No. _____

                                          Debtor(s)           Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **30,000.00** |
   | Prior to the filing of this statement I have received | $ **0.00** |
   | Balance Due | $ **30,000.00** |

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor       ■ Other (specify):    **Maximo Chanlatte: $16,738**
                                         **Hiday Miralles: $15,000**

4. The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 30, 2025**                            **/s/ Buddy D. Ford, Esquire**
*Date*                                       **Buddy D. Ford, Esquire 0654711**
                                             *Signature of Attorney*
                                             **Ford & Semach, P.A.**
                                             **9301 West Hillsborough Avenue**
                                             **Tampa, FL 33615-3008**
                                             **(813)877-4669  Fax: (813)877-5543**
                                             **All@tampaesq.com**
                                             *Name of law firm*

---